IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 15 C 4911 |
| | ) | |
| v. | ) | Judge Blakey |
| | ) | Magistrate Judge Mason |
| AIM PROFESSIONAL SERVICES, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant AIM Professional Services, Inc. with prejudice and without costs. Plaintiff Able Home Health, LLC's putative class claims against Defendant AIM Professional Services, Inc. are dismissed without prejudice and without costs. Plaintiff Able Home Health, LLC's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Howard Marks (w/ permission) |
| Daniel A. Edelman | Howard Marks |
| Heather Kolbus | BERGER, NEWMARK |
| EDELMAN, COMBS, LATTURNER | AND FENCHEL, P.C. |
| & GOODWIN, LLC | 1753 N. Tripp Ave. |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60639 |
| Chicago, IL 60603 | (312) 782-5050 |
| (312) 739-4200 | *Counsel for Defendant* |
| *Counsel for Plaintiff Able Home Health, LLC* | *AIM Professional Services, Inc.* |

1

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on February 2, 2016, I caused a true and accurate copy of the forgoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following:

    Howard Marks (hmarks@bnf-law.com)
    Berger, Newmark and Fenchel, P.C.
    1753 N. Tripp Ave.
    Chicago, IL 60639

                                s/ Heather Kolbus
                                Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)