# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Able Home Health, LLC

Plaintiff,

v.

Case No.: 1:15–cv–04911
Honorable John Robert Blakey

AIM Professional Services, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 2, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to the parties' stipulation to dismiss [26], this case is hereby dismissed with prejudice as to Defendant, AIM Professional Services, Inc and dismissed without prejudice as to Defendants Doe (1–10). The 2/10/15 status hearing is stricken; the parties need not appear. If the case is not reinstated by 3/2/16, the dismissal pertaining to Defendants Doe (1–10) will become one with prejudice without further order of this Court. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.